1 **TODD H. MASTER [SBN. 185881]**
  tmaster@hrmrlaw.com
2 **HOWARD ROME MARTIN & RIDLEY LLP**
  1900 O'Farrell Street, Suite 280
3 San Mateo, CA  94403
  Telephone:     (650) 365-7715
4 Facsimile:     (650) 364-5297

5 Attorneys for Defendant
  CITY OF PALO ALTO
6

7 LOUIS A. LEONE, ESQ. (SBN: 099874)
  CLAUDIA LEED, ESQ. (SBN: 122676)
8 SETH L. GORDON, ESQ. (SBN: 262653)
  **LEONE & ALBERTS**
9 A Professional Corporation
10 1390 Willow Pass Road, Suite 700
  Concord, CA 94520
11 TELEPHONE:    (925) 974-8600
  Facsimile:      (925) 974-8601
12 E-mail: lleone@leonealberts.com
13          cleed@leonealberts.com
           sgordon@leonealberts.com
14

**ATTORNEYS FOR DEFENDANT**
15 CITY OF MOUNTAIN VIEW

16 SHARONA ESLAMBOLY HAKIM, ESQ. (SBN: 180998)
17 NAREK POSTAJIAN, ESQ. (SBN: 306223)
  **LAW OFFICES OF SHARONA ESLAMBOLY HAKIM**
18 8730 Wilshire Blvd., Suite 500
  Beverly Hills, CA 90211
19 Tel: (310) 289-9100
20 Fax: (310) 289-9101
  Email: sharona@sehlawfirm.com; narek@sehlawfirm.com
21
22 ATTORNEYS FOR PLAINTIFF
  JOEL ALEJO

23

24 / / /

25 / / /

26 / / /

27

28

---

STIPULATION OF DISMISSAL; Case No. 3:21-CV-3492-JD (SK)    1

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ALEJO,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF PALO ALTO, et al.,<br><br>        Defendants. | Case No. 3:21-CV-3492-JD (SK)<br><br>**STIPULATION OF DISMISSAL [FRCP 41 (a) (1)(A)(ii)]** |

IT IS HEREBY STIPULATED by and between Plaintiff JOEL ALEJO ("Plaintiff") and Defendants CITY OF PALO ALTO and CITY OF MOUNTAIN VIEW (collectively, "Defendants"), through their designated counsel, that the above-entitled action filed by Plaintiff against Defendants is dismissed with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1)(A)(ii), with Plaintiff and Defendants to bear their own costs and attorney fees.

Dated: January 13, 2022        LAW OFFICES OF SHARONA ESLAMBOLY HAKIM

                                       By: /s/ Narek Postajian
                                           SHARONA ESLAMBOLY HAKIM
                                           NAREK POSTAJIAN
                                           Attorneys for Plaintiff JOEL ALEJO

Date: January 13, 2022         HOWARD ROME MARTIN & RIDLEY LLP

                                       By: /s/ Todd H. Master
                                           TODD H. MASTER
                                           Attorneys for Defendant
                                           CITY OF PALO ALTO

Date: January 13, 2022         LEONE & ALBERTS

                                       By: /s/ Claudia Lee
                                           CLAUDIA LEED
                                           Attorneys for Defendant
                                           CITY OF MOUNTAIN VIEW

HOWARD ROME MARTIN & RIDLEY LLP
1900 O'FARRELL STREET, SUITE 280
SAN MATEO, CA 94403
TELEPHONE (650) 365-7715